# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON DAVID,** | ) NO. CV 17-2333-AB (KS) |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al,** | ) |
| **Defendants.** | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 22, 2017

_____
ANDRÉ BIROTTE JR
UNITED STATES DISTRICT JUDGE